No. 01–9549. SAUNDERS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–9551. PFEIFERLING *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–9552. BARRIENTOS-SOLIS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–9556. BUSTOS-USECHE, AKA DUARTE, AKA USECHE BUSTOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–9559. NEELY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9562. WALLS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–9563. ALTMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–9564. WITHROW *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–9567. NIXON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–9568. RIVERA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–9569. SOLER *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–9571. SAMAYOA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–9573. RUSSO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–9575. MITCHELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–9576. JIN SHENG CHEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–9578. EDMONSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.